IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

JOHN T. NELSON,

    Plaintiff,

v.                                   Case No. 3:11cv00014

ANDREW H. HERRICK AND ALBEMARLE
COUNTY BOARD OF SOCIAL
SERVICES/ALBEMARLE COUNTY
DEPARTMENT OF SOCIAL SERVICES,

    Defendant.

## MOTION TO STAY PRETRIAL ORDER

The Defendant, Andrew H. Herrick, by counsel, moves this Court for a stay of the Pretrial Order entered on August 16, 2011. Presently pending before the Court are the Defendants' Motions to Dismiss, which are scheduled for a hearing on September 29, 2011. In light of the pendency of those motions, it is requested that the Pretrial Order be stayed until a resolution of the motion. The undersigned has communicated with Plaintiff's counsel and with counsel for the co-defendants who join in this request.

                                                        **ANDREW H. HERRICK**

                                                        By Counsel

/s/ _____
David P. Corrigan
VSB No. 26341
Attorney for Andrew H. Herrick
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
dcorrigan@hccw.com

1

# CERTIFICATE

I hereby certify that on the _____ day of August, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Lee E. Goodman, Esq.
LeClairRyan
1101 Connecticut Avenue, NW, Suite 600
Washington, DC 20036

Thomas M. Wolf, Esq.
LeClairRyan
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, VA 23219

Richard H. Milnor, Esq.
Zunka, Milnor, Carter & Inigo, Ltd.
P.O. Box 1567
Charlottesville, VA 22902


/s/
David P. Corrigan
VSB No. 26341
Attorney for Andrew H. Herrick
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
dcorrigan@hccw.com