IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN T. NELSON, <br><br> *Plaintiff,* <br><br> v. <br><br> ANDREW H. HERRICK, ALBEMARLE COUNTY BOARD OF SOCIAL SERVICES, AND ALBEMARLE COUNTY DEPARTMENT OF SOCIAL SERVICES, <br><br> *Defendants.* | CIVIL ACTION NO. 3:11–cv–00014 <br><br> <u>ORDER</u> <br><br> JUDGE NORMAN K. MOON |

For the reasons set forth in the accompanying Memorandum Opinion, Defendants' Motions to Dismiss (docket nos. 13 and 15) are GRANTED.  Plaintiff's Motion to Consolidate Cases (docket no 21) is DENIED AS MOOT, and the case is DISMISSED from the active docket of the Court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is so ORDERED.

Entered this __26th__ day of October, 2011.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE